**Louis Jack McNUTT, appellant, v. The STATE of Texas, appellee.**

**No. 24219.**

Court of Criminal Appeals of Texas.

Oct. 13, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for possessing narcotics; punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the appeal is dismissed.